UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:18-CV-12-JMH

MARK PRICE,                                                                                                          PLAINTIFF,

V.                                          <u>RECOMMENDED DISPOSITION</u>

CORRECT CARE SOLUTIONS, et al.,                                                          DEFENDANTS.

      This matter is before the undersigned on the Plaintiff's Motion for a Preliminary Injunction. [R. 41]. This is the second such motion filed by the Plaintiff, with the first having been filed on June 12, 2018, and addressed in the undersigned's prior Recommended Disposition of July 23, 2018. [R. 31, 43].

      In this second motion, the Plaintiff seeks an order from the Court directing the Defendants to treat him for his various medical needs, including:

1. Hepatitis C by prescribing a nine (90) day supply of a medication Harvoni;

2. Diabetic Neuropathy, by increasing his prescribed dosage of Gabapentin to 3,800 mg/day; and

3. To send him to a bone and joint specialist for proper diagnosis and treatment of joint damage allegedly caused by the Defendants' failure to provide proper medical care.

[R. 41].

      A review of the record reveals that the issues raised in this second motion are identical to those raised by the Plaintiff in his prior motion for a Preliminary Injunction, filed on June 12, 2018, and addressed by the undersigned in a Recommended Disposition dated July 23, 2018. [R. 31, 41, 43]. Therefore, the undersigned will incorporate his prior Recommended Disposition as if fully set forth herein and find, based upon the reasoning expressed in the prior Recommended Disposition, that the Plaintiff's Motion or a Preliminary Injunction should be denied.

THEREFORE, it is RECOMMENDED that Plaintiff's Motion for Preliminary Injunction [R. 41] be DENIED.

The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Report and Recommendation. Particularized objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. *United States v. Campbell*, 261 F.3d 628, 632 (6th Cir. 2001); *Thomas v. Ann*, 728 F.2d 813, 815 (6th Cir. 1984). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. *Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004); *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b)(1).

Signed January 17, 2019.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge