UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| MARK A. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 5:18-cv-12-JMH-EBA |
| v. | ) | |
| | ) | |
| CORRECT CARE SOLUTIONS, | ) | **ORDER** |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\* \*\* \*\* \*\* \*\*

Magistrate Judge Edward B. Atkins having entered a Recommended Disposition [DE 43] in which he ordered that Plaintiff's Motion to Amend Complaint [DE 28] be **DENIED** and recommended that Plaintiff's Motion for Preliminary Injunction [DE 31] be **DENIED** insofar as it pertains to Defendant Correct Care Solutions and be **DENIED AS MOOT** insofar as it pertains to Defendants Angela Clifford and Shelli Conyers-Votan, and the Plaintiff having filed no objections to Judge Atkins's Recommended Disposition [DE 43], and being advised,

**IT IS ORDERED** herein as follows:

(1) that Plaintiff's Motion for Preliminary Injunction [DE 31] be, and the same hereby is, **DENIED** insofar as it pertains to Defendant Correct Care Solutions, and

1

(2) that Plaintiff's Motion for Preliminary Injunction [DE 31] be, and the same hereby is, **DENIED AS MOOT** insofar as it pertains to Defendants Angela Clifford and Shelli Conyers-Votan.

A separate judgment will this date be entered.

This the 17th day of January, 2019.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge