```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION at LEXINGTON
```

MARK A. PRICE,                   )
                                 )
    Plaintiff,                  )          Case No.
                                 )        5:18-cv-12-JMH-EBA
v.                               )
                                 )
CORRECT CARE SOLUTIONS,          )            **ORDER**
*et al.*,                        )
                                 )
    Defendants.                 )
                                 )

                      \*\* \*\* \*\* \*\* \*\*

Magistrate Judge Edward B. Atkins having entered a Recommended Disposition [DE 63] in which he recommended that Plaintiff's Motion for Preliminary Injunction [DE 41] be **DENIED**, and the Plaintiff having filed no objection to Judge Atkins's Recommended Disposition [DE 63], and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Magistrate Judge Atkins's Recommended Disposition [DE 63] is **ADOPTED;**

(2) For the reasons set forth in Magistrate Judge Atkins's Recommended Disposition [DE 63], Plaintiff's Motion for Preliminary Injunction [DE 41] is **DENIED**; and

(3) A separate judgment will this date be entered.

This the 26th day of February, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge