UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| MARK A. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 5:18-cv-12-JMH-EBA |
| v. | ) | |
| | ) | |
| CORRECT CARE SOLUTIONS, | ) | **ORDER** |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\* \*\* \*\* \*\* \*\*

Magistrate Judge Edward B. Atkins having entered a Recommended Disposition [DE 74] in which he recommended that Defendants' Motion for Summary Judgment [DE 58] be **GRANTED** on all federal constitutional claims, that all state law claims be dismissed without prejudice, Defendants' Motion for Resubmission [DE 73] be **DENIED AS MOOT**, and this case be dismissed with prejudice, and Plaintiff having filed no objection to Judge Atkins's Recommended Disposition [DE 74], and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Magistrate Judge Atkins's Recommended Disposition [DE 74] is **ADOPTED;**

(2) For the reasons set forth in Magistrate Judge Atkins's Recommended Disposition [DE 74], Defendants' Motion for

Summary Judgment [DE 58] is **GRANTED** on all federal constitutional claims;

(3) All state law claims are **DISMISSED WITHOUT PREJUDICE**;

(4) Defendants' Motion for Resubmission [DE 73] is **DENIED AS MOOT;**

(5) This matter is **DISMISSED WITH PREJUDICE**;

(6) This is a final and appealable order; and

(7) A separate judgment will this date be entered.

This the 14th day of May, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge